**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND,
GREENBELT DIVISION**

| | |
|---|---|
| **ROGER BANHI** | * |
| **Plaintiff** | |
| | * |
| VS. | |
| | *<u>**Case No: 12-CV-0665 RWT**</u> |
| **PAPA JOHN'S USA, INC, et al** | |
| | |
| Defendants' | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

<u>**CONSENT MOTION TO WITHDRAW APPEARANCE OF
COUNSEL FOR PLAINTIFF**</u>

Plaintiff's counsel JESSIE LYONS CRAWFORD, ESQ., and THE LAW OFFICES OF JESSIE

LYONS CRAWFORD, LLC, pursuant Local Rule 101(2), moves this Court for an order

withdrawing our appearance as counsel for the Plaintiff, Roger Banhi, in this action.

In support of this motion, counsel refers the Court to the contemporaneously-filed

Certificate of Withdrawal

Respectfully Submitted,

LAW OFFICES OF JESSIE LYONS
CRAWFORD, LLC


 */s/ Jessie Crawford*

_____
Jessie Lyons Crawford, Esq.
Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, GREENBELT DIVISION**

ROGER BANHI                      *
     **Plaintiff**

                               *

VS.

                         *<u>**Case No: 12-CV-0665 RWT**</u>

**PAPA JOHN'S USA, INC, et al**

     Defendants'                   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

<u>**CERTIFICATE OF COUNSEL**</u>

Jessie Lyons Crawford, Esq., and The Law Offices of Jessie Lyons Crawford, LLC, have moved this Court for leave to withdraw as counsel for Plaintiff Roger Banhi in this matter. In support of this motion, undersigned counsel states as follows:

1. On August 6, 2012, the undersigned received written communication from the Plaintiff that he has terminated her services.

2. As a result of the Plaintiff's termination of Counsel, substantive irreconcilable differences have developed and exist between Plaintiff and undersigned counsel. These differences likely bear on undersigned counsel's duty to this tribunal.

3. Plaintiff was advised that he should have another attorney enter their appearance or notify the Court of his intention to represent himself. Plaintiff indicated that he has retained substitute counsel and that they will be entering their appearance momentarily.

4. Plaintiff has consented to the relief sought by the undersigned. Exhibit A.

                                   /s/ Jessie Lyons Crawford
                                   _____
                                   Jessie Lyons Crawford, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT the Motion to Withdraw as Attorney for Plaintiff

was mailed first class mail postage prepaid on this ___10th___ day of August 2012, to:

**Roger Banhi**
PO BOX 77003
WASHINGTON, DC 20013

**Ariana Wright, Esquire**
Counsel to Defendant Papa Johns USA, Inc.
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209

/s/ Jessie Crawford

_____
Jessie Lyons Crawford, Esq.