# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, GREENBELT DIVISION

**ROGER BANHI**   *
   **Plaintiff**
              *
VS.
              *Case No: 12-CV-0665 RWT
**PAPA JOHN'S USA, INC, et al**   *

Defendants'   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT OF PLAINTIFF

I hereby consent to Jessie Lyons Crawford, Esq., and The Law Offices of Jessie Lyons Crawford, LLC's Motion to Withdraw as my attorney.

Date: 08/10/2012

_____
Roger Banhi, Plaintiff