**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 10 P 2: 13

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

**ROGER BANHI**

    **Plaintiff**

VS

**PAPA JOHN'S USA, INC**                                    Civil Case: **12-CV-0665 RWT**

**COLONEL'S LIMITED, INC**

**VICTOR PAZ**

**ULISES VISCENCIO**

    Defendants

<u>**MOTION FOR ACKNOWLEDGEMENT OF ATTORNEY WITHDRAWAL**</u>

Now comes, Plaintiff Roger M.Banhi respectfully files this MOTION FOR ACKNOWLEDGEMENT OF ATTORNEY WITHDRAWAL. Plaintiff previously, upon reception of this notice and unsuccessfully begged attorney to stay. Plaintiff's not opposing the withdrawal, response herein attached was also sent to attorney Leibowitz and to Defendants.

This 10 Day of January, 2013

Sincerely Submitted

ROGER M. BANHI

Po Box 77003

Washington, DC 20013